Case 3:21-cv-00808-K   Document 1-6   Filed 04/07/21   Page 1 of 6   PageID 23

FILED
4/1/2021 4:26 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-21-00840-A

| | | |
|---|---|---|
| ANA NUNEZ LOPEZ, | § | IN THE COUNTY COURT AT LAW |
| *Plaintiff,* | § § § | |
| VS. | § § | NO. 1 |
| FIESTA MART, LLC | § § § | |
| *Defendant.* | § | OF DALLAS COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant Fiesta Mart, LLC ("Defendant") hereby submits its Original Answer to Plaintiff's Original Petition and would show as follows:

### GENERAL DENIAL

1.  Without waiving any other defenses Defendant may have or hereafter come to have or urge, Defendant generally denies each and every material allegation in Plaintiff's Original Petition (and all subsequent amended and supplemental Petitions filed herein) pursuant to Rule 92 of the Texas Rules of Civil Procedure and demands strict proof thereof by a preponderance of the evidence or by clear and convincing evidence as the law requires.

### SPECIAL EXCEPTION

2.  Plaintiff's ambiguous references to "Fiesta Mart, LLC" in her live pleadings are confusing and do not properly identify the store location where the alleged incident occrured. To the extent necessary, Defendant specially excepts to Plaintiff's live pleading on the basis of proper venue and requests Plaintiff specify, with precision the location where the alleged incident occurred.

**EXHIBIT F**

## AFFIRMATIVE DEFENSES

Without conceding that the following are affirmative defenses for which Defendant bears the burden of proof, Defendant asserts that:

3. Any supposed hazard at issue in the incident was open and obvious. Defendant owed no duty to Plaintiff.

4. Defendant relies upon the proportionate responsibility provisions of Chapter 33 of the Texas Civil Practice and Remedies Code. The responsibility of the parties, including Plaintiff, must be compared by the trier of fact. Plaintiff was certainly a proximate, if not the sole, cause of her own incident and injuries. Without doubt, Plaintiff was more than fifty percent responsible for the incident in question and is therefore barred from recovery.

5. Any award of pre-judgment interest for damages that have not yet accrued would violate Defendant's rights to substantive and procedural due process under the Fifth and Fourteenth Amendments to the United States Constitution, as well as Article I, Sections 14, 16, and 19 of the Texas Constitution.

6. Defendant pleads further that any recovery of medical expenses or health care expenses allegedly incurred by Plaintiff, is limited to the amount actually paid or incurred by or on behalf of Plaintiff, if any, pursuant to Tex. Civ. Prac. & Rem. Code §41.0105. Defendant respectfully requests this Honorable Court to compute Plaintiff's award, if any, in accordance with the language of Section 41.0105 of the Texas Civil Practice and Remedies Code. Defendant also requests that Plaintiff prove (1) that reasonable and necessary medical or healthcare

expenses do exist, (2) what part of the medical or healthcare expenses have actually been paid or for which Plaintiff remains liable; and (3) that the medical or healthcare expenses claimed resulted from conduct of Defendant.

7. To the extent Claimant seeks punitive or exemplary damages, Respondent relies upon the limitations and other provisions of Chapter 41 of the Texas Civil Practices & Remedies Code.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by her suit, that Defendant be dismissed from this action, awarded court costs and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

By: **/s/ Trek Doyle**
Trek Doyle
State Bar No. 00790608
trek@doyleseelbach.com
Karl Seelbach
State Bar No. 24044607
karl@doyleseelbach.com
James Snyder
State Bar No. 24088447
james@doyleseelbach.com
Ryan Cantu
State Bar No. 24076853
ryan@doyleseelbach.com

Doyle & Seelbach PLLC
7700 W. Highway 71, Ste. 250
Austin, Texas 78735
512.960.4890 phone
doyleseelbach.com

*ATTORNEYS FOR DEFENDANT FIESTA MART, LLC*



- 4 -
**EXHIBIT F**

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic delivery to counsel identified below on this, the 1st day of April 2021.

Christopher R. Garcia
State Bar No. 24000140
chris@chrisgarciapc.com
Law Offices of Chris Garcia, P.C.
407 North Cedar Ridge Drive, Ste. 300
Duncanville, Texas 75116
214.522.4878 telephone
214.522.5060 fax
*ATTORNEY FOR PLAINTIFF*

- 5 -
**EXHIBIT F**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

William Templeton on behalf of Trek Doyle
Bar No. 790608
bill@doyleseelbach.com
Envelope ID: 52073990
Status as of 4/2/2021 8:18 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| CHRISTOPHER R.GARCIA | | chris@chrisgarciapc.com | 4/1/2021 4:26:01 PM | SENT |

Associated Case Party: FIESTA MART, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Trek Doyle | | trek@doyleseelbach.com | 4/1/2021 4:26:01 PM | SENT |
| Ryan Cantu | | ryan@doyleseelbach.com | 4/1/2021 4:26:01 PM | SENT |
| Bill Templeton | | bill@doyleseelbach.com | 4/1/2021 4:26:01 PM | SENT |

**EXHIBIT F**